Did you know J.D. Power's industry-leading valuations data drives NADAguides.com? Learn more

  NADAguides Value Report 2/26/2021

# 2013 Cadillac SRX
## Utility 4D Premium AWD V6

⇄ CHANGE CAR    ⊕ COMPARE

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---:|---:|---:|---:|
| Base Price | $8,825 | $10,575 | $12,025 | $14,600 |
| Mileage (65,879) | $2,800 | $2,800 | $2,800 | $2,800 |
| Total Base Price | $11,625 | $13,375 | $14,825 | $17,400 |
| Options |  |  |  |  |
| **Price + Options** | **$11,625** | **$13,375** | **$14,825** | **$17,400** |

Selling Your Car? **Get an Online Offer** in 2 Minutes.